RECEIVED SXN

SEP 2 6 2016 DC

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

LAMAR THOMAS,
    PLAINTIFF,

VS.

LIBERTY HEALTHCARE COPERATION, STEVE BRYANT
DIRECTOR OF LIBERTY HEALTHCARE COPERATION:
    DEFENDANT(s)

) CIVIL RIGHTS COMPLAINT 1983
)
)
)
)
)
) **16-cv-9258**
) **Judge Gary Feinerman**
) **Magistrate Judge Sheila M. Finnegan**
) **PC6**
)
)

## THIS IS A 1983 CIVIL RIGHTS COMPLAINT

### I. JURISDICTION & VENUE

1. This is a Civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state law, or rights secured by the Constitution of the United States. The Court has jurisdiction under 28 U.S.C. Section 1331 and 1343 (a) (3). Plaintiff seeks declaration relief pursuant to 28 U.S.C. Section 2283 & 2201 and 2202. Plaintiff's claims for injunctive relief are authorized by 28 U.S.C. Section 2283 & 2284 and Rule of Civil (Federal Civil Procedure Rule 65)

2. The Northern District is the appropriate venue under 28 U.S.C. Section 1391 (b) (2) because it is where the events given rise to this claim occurred.

3.
### II. PLAINTIFF

Plaintiff, Lamar Thomas, is and was at all times mentioned herein a supervised released person in custody (Award to the State Of Illinois Sexually Violent Persons Commitment Act Pursuant **725 ILCS 207/60 (d)**, plaintiff Shall be placed on Conditional Release. Plaintiff is entitled to **non** punitive outpatient treatment.
The Plaintiff is being held at the Department Of Human services Treatment & detention Facility, 17019 County farm Road Illegally and Unconstitutionally. Rushville Illinois 62681.

### DEFENDANT(S)

Liberty Healthcare Coperation, a private own coperation contracted by the Department Of Human Services To run the Supervised Release Program for the Sate of Illinois. And its Director, Steve Bryant, This defendant is the Director od all operations concerning the implication of the Rules of the Supervised Released. These defendants are being sued in thei their Individualized and Personal Capacity.

1.

## STATEMENT OF FACTS:

    Plaintiff, Lamar Thomas was granted Conditional Release (Supervised Release), on November 09, 2015 to the custudy of Liberty Healthcare Coperation Conditional release agent Steve Glazure, from the Chicago Cook County Criminal Courts Building. Located at 2600 South California Chicago Illinois by the Honorable Judge, Alfredo Maldonado. Upon the plaintiff's conditional release, he agreed to follow conditions of his release. In which the plaintiff signed his name besides each condition stating that he understood that he Must follow each rule in his conditional release plan. And the Plaintiff did so.

The plaintiff treatment plan was that he attend and fully participate in treatment with his treatment provider, Ms. Rhonda Meacham. Of Meacham Counseling Services. A small center under conttract by Liberty Healthcare. Meacham counseling services provides specific sexoffender treatment to the Illinois Sexuall Violent Persons whom are Supervised release in the Cook County area. During the plaintiff's release around the holidays, he reported to his treatment provider, Ms. Rhonda Meacham that during the Thanksgiving Holiday he had feelings of lonyness, and bordom. And he thought of removing his ankle system and joing his family for the Thanksgiven Holiday, because its been over 5 to 6 years since he had any enteraction with his family. "But I quickly intervined", told myself be patient and things will fall into place the right way and I shall be able to visit my family and friends the right way. The treatment provider, Rhonda Meacham condoned the plaintiff, Lamar Thomas for his Honesty, told him he doing exactly what is expected of him while out on conditional release. The Director, Steve Bryant was told of the plaintiff's and his honesty, and instead of condoning the plaintiff of his honesty, decided over a week later to punish the plaintiff, Lamar Thomas. On or around December 16, 2015 back at the custudy of the Department of Human services Treatment & Detention Facility. Located 17019 County farm Road Rushville Illinois 62681. The plaintiff filed an civil rights complaint with the Northern District on, February 05, 2016 before the Honorable Judge, Matthew F. Kennelly, in which was dismissed without prejudice due to the plaintiff has not exhausted all his court proceedings, (State Court etc. App. ect.) However the plaintiff is now back conditionally releasaed. And now is resubmitting this Civil Rights Complaint for being detained illegally by the Director of Liberty Healthcare Steve Bryant and others maybe added upon learning their names and their involvement.
Release date posibly on or around April 15, 2016.

## CLAIM ONE:

The defendant, Steve Bryant was told direct by the Treatment Provider Rhonda Meacham that the Plaintiff, Lamar Thomas disclosed his thoughts in an theraputic treatment presentation. And that the Plaintiff had done what is expected of all those whom are out on Conditional Release in the Cook County area while in her program. And that is tell the truth, tell her, Ms. Meacham whatever it is on your mind. That way she would be able to assist her clients as an psychologist are suppose to. And that this issue was that of an treatment issue, not a security issue. Because his thought is not punishable, but a behavior is. And that the plaintiff, Lamar Thomas had not displayed any behaviors that would warrant any violation of any conditions of his release. The defendant, Steve Bryant is in violation of the plaintiff's first amendment right "Freedon of expression." And in violation of the 14th Amendment to the United States Constitution, "No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive a any person of life, or property without due process of law; nor deny to any person within its jurisdiction the equal protection of the law.

## CLAIM TWO:

The defendant, Steve Bryant is in violation of the plaintiff's 6th Amendment to the United Sates Constitution. This law is civil in nature, but it is also criminal in nature. In all criminal cases, or prosecutions, the accused shall enjoy the right to a speedy trial, and a public trial. by an impatial jury, or a bench, of the state and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witness against him; to have compulsory process of obtaining witnesses in his favor, and to have the assistance of counsel for his defense. In this case, the plaintiff has been asked by the Court, "what Condition of his Release has the plaintiff, Lamar thomas Violated? It is stated on record that the plaintiff has broken **NO** rule of his conditional release. The witness in his favor is his treatment provider, Ms. Rhonda Meacham, which stated," this **is not an security issue"**, this is a treatment issue. The plaintiff expressed his thought to me his treatment provider. This is a thought and not a Behavior. And this Law is related to treatment not punishment, See **Youngberg v. Romeo, (U.S. Supreme Ct. 1982) 457 U.S. 307, at 321-322, 102 S.Ct. 2452, 73 L.Ed. 2d 28, "Civil Detainees are entitled to more consideration treatment and conditions of confinement than criminals"**...To punish the plaintiff because a treatment issue when clearly, its just that violates this law mentioned above.

3.

## CLAIM THREE

The defendant, Steve Bryant is inviolation of Unconstitutional Confinement, The plaintiff, Lamar Thomas is/or has been Illegally confined starting date, on or around, December 16, 2015. Until on or around, '21st 2016. Wherefore his case went before the process of the Court and the Plaintiff was cleared of any wrong doing, or any rule violation by the Cook County criminal Courts. Each day confined is a violation of the plaintiff c Constitutional Rights, and this Honorable Court Should award the plaintiff, Lamar Thomas Per day that he the plaintiff has spent illegally, and Unconstitutionally.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that this Court enter Judgement plaintiff
A declaration that the acts and omissions described herein violated plaintiff's rights under the Constitution and laws of the United States.

COMPENSATORY damages in the amount of $450,000,00 against each defendant, jointly and severally.

PUNITIVE damages in the amount of $1,000.00 dollars per day that the plaintiff was held in confinement Unconstitutionally in the Department Of Human services for unjust causes.

A Jury trial on all issues triable by Jury,
Plaintiff's cost int his suit.
Any additional relief this Honorable Court deems Just proper, and equitable.

RESPECTFULLY SUBMITTED:

_____
LAMAR    THOMAS:

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe th them to be true. I Certify under penalty of perjury that the foregoing is true and correct.

LAMAR    THOMAS:

4.